James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas, Texas  75214
(214) 827-9112

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ARK STAR LLC | § | Case No. 14-32709 HDH |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

James W. Cunningham, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  965,569.36    Claims Discharged
                                                 Without Payment:  NA

Total Expenses of Administration:  309,994.28

---

3) Total gross receipts of $ 1,365,863.66  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 90,300.02  (see **Exhibit 2**), yielded net receipts of $ 1,275,563.64  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,164,113.57 | $ 1,162,135.65 | $ 933,382.67 | $ 933,382.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 309,994.28 | 309,994.28 | 193,480.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 116,513.50 | 116,513.50 | 116,513.50 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 4,400.00 | 2,200.00 | 2,200.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,258.11 | 1,787,113.71 | 136,281.61 | 29,986.69 |
| **TOTAL DISBURSEMENTS** | $ 1,182,371.68 | $ 3,380,157.14 | $ 1,498,372.06 | $ 1,275,563.64 |

4) This case was originally filed under chapter 11 on 06/02/2014 , and it was converted to chapter 7 on 12/07/2016 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/14/2019          By:/s/James W. Cunningham, Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4035 Holland Avenue | 1110-000 | 730,910.54 |
| 4113-4115 Holland Avenue | 1110-000 | 620,000.00 |
| 4121 Lively Lane | 1110-000 | 10,000.00 |
| Rent Receipts | 1122-000 | 3,850.00 |
| BB&T Acct No xxxx-21985 | 1129-000 | 36.73 |
| BB&T Acct No xxxx-13590 | 1129-000 | 1,066.39 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,365,863.66** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert H. Renneker | Non-Estate Funds Paid to Third Parties | 8500-000 | 90,300.02 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 90,300.02** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage Corporation | | 23,130.46 | NA | NA | 0.00 |
| 03 | NATIONSTAR MORTGAGE | 4110-000 | 189,524.94 | 207,895.75 | 0.00 | 0.00 |
| | SUNTRUST MORTGAGE | 4110-000 | 494,000.00 | 493,905.57 | 493,905.57 | 493,905.57 |
| 02-S | U.S. BANK NATIONAL ASSOC | 4110-000 | 457,458.17 | 460,334.33 | 439,477.10 | 439,477.10 |
| 01 | DALLAS COUNTY | 4800-000 | NA | 0.00 | 0.00 | 0.00 |
| 04 | DALLAS COUNTY | 4800-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,164,113.57 | $ 1,162,135.65 | $ 933,382.67 | $ 933,382.67 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JIM CUNNINGHAM & ASSOC., INC. | 2100-000 | NA | 61,516.91 | 61,516.91 | 61,516.91 |
| TRUSTEE EXPENSES:JIM CUNNINGHAM & ASSOC., INC. | 2200-000 | NA | 59.35 | 59.35 | 59.35 |
| TRUSTEE INSURANCE AGENCY | 2420-000 | NA | 8,772.95 | 8,772.95 | 8,772.95 |
| CITY OF DALLAS | 2500-000 | NA | 397.36 | 397.36 | 397.36 |
| REPUBLIC TITLE OF TEXAS, INC. | 2500-000 | NA | 4,865.00 | 4,865.00 | 4,865.00 |
| REPUBLIC TITLE OF TX | 2500-000 | NA | 4,260.50 | 4,260.50 | 4,260.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TX TITLE INS. GUARANTY ASSOC | 2500-000 | NA | 3.00 | 3.00 | 3.00 |
| First National Bank - Vinita | 2600-000 | NA | 2,190.36 | 2,190.36 | 2,190.36 |
| DALLAS WATER UTILITIES | 2690-000 | NA | 1,338.55 | 1,338.55 | 1,338.55 |
| ROBERT H. RENNEKER | 2690-000 | NA | 525.00 | 525.00 | 525.00 |
| TRIEAGLE ENERGY, L.P | 2690-000 | NA | 359.04 | 359.04 | 359.04 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | 9,997.00 | 9,997.00 | 9,997.00 |
| CITY OF DALLAS | 2820-000 | NA | 6,301.39 | 6,301.39 | 6,301.39 |
| DALLAS COUNTY | 2820-000 | NA | 2,292.31 | 2,292.31 | 2,292.31 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):CAVAZOS HENDRICKS & POIROT, P.C. | 3110-000 | NA | 116,513.50 | 116,513.50 | 0.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):CAVAZOS HENDRICKS & POIROT, P.C. | 3220-000 | NA | 2,397.56 | 2,397.56 | 2,397.56 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SHELDON E. LEVY | 3410-000 | NA | 6,858.75 | 6,858.75 | 6,858.75 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):SHELDON E. LEVY | 3420-000 | NA | 65.75 | 65.75 | 65.75 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):ALLIE BETH ALLMAN & ASSOC | 3510-000 | NA | 40,500.00 | 40,500.00 | 40,500.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):EBBY HALIDAY REALTORS | 3510-000 | NA | 21,900.00 | 21,900.00 | 21,900.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):KELLER WILLIAMS | 3510-000 | NA | 18,600.00 | 18,600.00 | 18,600.00 |
| REALTOR FOR TRUSTEE EXPENSES:KAREN LUTER | 3520-000 | NA | 280.00 | 280.00 | 280.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 309,994.28 | $ 309,994.28 | $ 193,480.78 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): CAVAZOS HENDRICKS & POIROT, P.C. | 6210-000 | NA | 116,513.50 | 116,513.50 | 116,513.50 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 116,513.50 | $ 116,513.50 | $ 116,513.50 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 05 | JAMES CROOK | 5600-000 | NA | 1,100.00 | 0.00 | 0.00 |
| 06 | JERALD TABOR | 5600-000 | NA | 1,100.00 | 0.00 | 0.00 |
| 07 | MICHAEL W. FITCHETTE | 5600-000 | NA | 2,200.00 | 2,200.00 | 2,200.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 4,400.00 | $ 2,200.00 | $ 2,200.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Design & Construction | | 800.00 | NA | NA | 0.00 |
| | Farmers Insurance | | 386.83 | NA | NA | 0.00 |
| | TXU Energy | | 20.00 | NA | NA | 0.00 |
| | TriEagle Energy | | 500.00 | NA | NA | 0.00 |
| | Ulises Fernandez | | 1,928.00 | NA | NA | 0.00 |
| 09 | AUTUMN ALLAN MCCALL | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | JOYCE W. LINDAUER ATTORNEY, PLLC | 7100-000 | NA | 490.09 | 490.09 | 107.83 |
| 02-U | U.S. BANK NATIONAL ASSOC. | 7100-000 | NA | 121,338.00 | 121,338.00 | 26,698.58 |
| 11 | VICTOR NERSESOV AND EKATERINA NERSE | 7100-000 | 0.00 | 1,650,832.10 | 0.00 | 0.00 |
| 08 | BRANCH BANKING AND TRUST COMPANY | 7100-900 | 14,623.28 | 14,453.52 | 14,453.52 | 3,180.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 18,258.11 | $ 1,787,113.71 | $ 136,281.61 | $ 29,986.69 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No: 14-32709 HDH Judge: H. DeWayne Hale
Case Name: ARK STAR LLC

Trustee Name: James W. Cunningham, Trustee
Date Filed (f) or Converted (c): 12/07/16 (c)
341(a) Meeting Date: 01/17/17
Claims Bar Date: 04/20/17

For Period Ending: 06/14/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4035 Holland Avenue | 220,000.00 | 236,910.54 | | 730,910.54 | FA |
|   - Debtor owns 50% interest | | | | | |
|   - Sold per 6/21/17 Order docket 250 | | | | | |
| 2. 4113-4115 Holland Avenue | 380,000.00 | 162,541.83 | | 620,000.00 | FA |
|   - Tear-down property | | | | | |
|   - Value in land | | | | | |
|   - $620,000 sale order entered 2/27/18 | | | | | |
| 3. 4121 Lively Lane | 171,000.00 | 10,000.00 | | 10,000.00 | FA |
|   - Sold per 5/17/17 Order # 239 | | | | | |
| 4. BB&T Acct No xxxx-21985 | 0.00 | 36.73 | | 36.73 | FA |
|   - Balance of $36.73 at time of chapter 7 conversion | | | | | |
| 5. BB&T Acct No xxxx-13590 | 1,787.00 | 1,066.39 | | 1,066.39 | FA |
|   - Balance of $1,066.39 at time of chapter 7 conversion | | | | | |
| 6. Rent Receipts | 0.00 | 3,850.00 | | 3,850.00 | FA |
| TOTALS (Excluding Unknown Values) | $772,787.00 | $414,405.49 | | $1,365,863.66 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

- Assets remaining in estate at conversion listed above per
  L.B.R. 1019-1 Report filed 1/13/2017 (docket # 205)

- Debtor failed to deliver tax returns per 11 U.S.C. §521(e)(2)(A)(i)
  Debtor has never filed tax returns
  Debtor asserts that no records exist from prior to bankruptcy
  Trustee required to file tax returns - will recreate history for tax returns

- Tax returns for 2014, 2015 and 2016 filed 6/28/18
  Tax returns for 2016, 2017 and 2018 filed 7/2018
  IRS deadline to audit expires 1/2019

Initial Projected Date of Final Report (TFR): 06/14/18      Current Projected Date of Final Report (TFR): 02/15/19

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-32709 -HDH | | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|---|
| Case Name: | ARK STAR LLC | | Bank Name: | First National Bank - Vinita |
| | | | Account Number / CD #: | *******1814 Checking Account |
| Taxpayer ID No: | *******7934 | | | |
| For Period Ending: | 06/14/19 | | Blanket Bond (per case limit): | $ 300,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/03/17 | 5 | BB&T C. Ck # 5009261345 | Debtor Acct Turnover | 1129-000 | 1,066.39 | | 1,066.39 |
| 03/20/17 | 6 | M Fitchette # 281 | 1/2 Feb Rent | 1122-000 | 550.00 | | 1,616.39 |
| 03/20/17 | 6 | M Fitchette # 282 | 1/2 March Rent | 1122-000 | 550.00 | | 2,166.39 |
| 03/20/17 | 6 | M Fitchette # 283 | 1/2 March Rent | 1122-000 | 550.00 | | 2,716.39 |
| 03/28/17 | 001001 | TriEagle Energy, L.P<br>P.O. Box 974655<br>Dallas, TX 75397-4655 | Invoice #: 1703054951<br>Op Exp per 3/24/17 Order #222 | 2690-000 | | 359.04 | 2,357.35 |
| 03/29/17 | 4 | BB&T C. Ck # 50092611391 | Debtor Acct Turnover | 1129-000 | 36.73 | | 2,394.08 |
| 03/29/17 | 001002 | Dallas Water Utilities | 4035 Holland Ave Dallas TX<br>Op Exp per 3/24/17 Order #222 | 2690-000 | | 546.68 | 1,847.40 |
| 04/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,837.40 |
| 04/13/17 | 6 | Michael Fitchette #284 | 1/2 April Rent | 1122-000 | 550.00 | | 2,387.40 |
| 04/24/17 | 6 | Michael Fichette #285 | 1/2 April Rent | 1122-000 | 550.00 | | 2,937.40 |
| 04/28/17 | 1 | Frost Bk C Ck # 710009109<br>Smarter by Big LP | Option Fee - 4035 Holland | 1110-000 | 300.00 | | 3,237.40 |
| 05/05/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,227.40 |
| 05/12/17 | 6 | Michael Fichette #286 | 1/2 May Rent | 1122-000 | 550.00 | | 3,777.40 |
| 05/15/17 | 001003 | Dallas Water Utilities<br>City of Dallas<br>City Hall, 2D South<br>Dallas, TX 75277 | Acct 100651189 - 4035 Holland<br>Op Exp per 3/24/17 Order #222 | 2690-000 | | 209.05 | 3,568.35 |
| 05/24/17 | 3 | Gagnon Peacock IOLTA Acct #2071 | Sale Proceeds | 1110-000 | 10,000.00 | | 13,568.35 |
| 05/24/17 | 6 | Michael Fitchette # 287 | 1/2 May Rent | 1122-000 | 550.00 | | 14,118.35 |
| 06/07/17 | 001004 | Dallas Water Utilities | Acct 100651189 - 4035 Holland<br>Op Exp per 3/24/17 Order #222 | 2690-000 | | 164.73 | 13,953.62 |
| 06/07/17 | 001005 | Dallas Water Utilities | Acct 100672907 - 4121 Lively<br>Op Exp per 3/24/17 Order #222 - Final Bill | 2690-000 | | 268.74 | 13,684.88 |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-32709 -HDH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | ARK STAR LLC | Bank Name: | First National Bank - Vinita |
| | | Account Number / CD #: | *******1814  Checking Account |
| Taxpayer ID No: | *******7934 | | |
| For Period Ending: | 06/14/19 | Blanket Bond (per case limit): | $  300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,674.88 |
| 07/10/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 14.35 | 13,660.53 |
| 07/11/17 | 1 | Republic Title of TX, Inc. # 101162784<br>REPUBLIC TITLE OF TX, INC. # 101162<br>  Memo Amount:       730,000.00<br>  4035 Holland Sale<br>ROBERT H. RENNEKER<br>  Memo Amount:   (      525.00 )<br>  Reimbursement Costs to Renneker<br>CITY OF DALLAS<br>  Memo Amount:   (    6,301.39 )<br>  RE Taxes - 2017<br>EBBY HALIDAY REALTORS<br>  Memo Amount:   (   21,900.00 )<br>  RE Commission<br>ALLIE BETH ALLMAN & ASSOC<br>  Memo Amount:   (   21,900.00 )<br>  RE Commission<br>SUNTRUST MORTGAGE<br>  Memo Amount:   (  493,905.57 )<br>  Mortgage Lien<br>REPUBLIC TITLE OF TEXAS, INC.<br>  Memo Amount:   (      500.00 )<br>  Title - Escrow Fee<br>TX TITLE INS. GUARANTY ASSOC<br>  Memo Amount:   (        3.00 )<br>  Title - TX Guaranty Fee<br>REPUBLIC TITLE OF TEXAS, INC.<br>  Memo Amount:   (    4,365.00 )<br>  Title - Title Insurance<br>ROBERT H. RENNEKER<br>  Memo Amount:   (   90,300.02 )<br>  1/2 Owner Proceeds | 4035 Holland Sale | 1110-000<br><br><br><br>2690-000<br><br><br>2820-000<br><br><br>3510-000<br><br><br>3510-000<br><br><br>4110-000<br><br><br>2500-000<br><br><br>2500-000<br><br><br>2500-000<br><br><br>8500-000 | 90,300.02 | | 103,960.55 |
| 07/12/17 | 001006 | Trustee Insurance Agency<br>2813 West Main<br>Kalamazoo, MI  49006 | Stmt 3020 - 4035 Holland Ave<br>Ins Pymnt per 3/24/17 Order | 2420-000 | | 2,846.32 | 101,114.23 |
| 08/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 75.09 | 101,039.14 |
| 08/21/17 | 001007 | Dallas Water Utilities | Acct 100651189 - 4035 Holland<br>Final Bill - Op Exp per 3/24/17 Order #222 | 2690-000 | | 149.35 | 100,889.79 |
| 08/30/17 | 001008 | Trustee Insurance Agency<br>2813 West Main<br>Kalamazoo, MI 49006 | Inv 9058 : 4113-4115 Holland Ave<br>Op Exp per 3/24/17 Order #222 | 2420-000 | | 448.00 | 100,441.79 |
| 09/08/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 107.26 | 100,334.53 |
| 09/29/17 | 001009 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo, MI  49006 | Inv 9201 : 4113-4115 Holland Ave | 2420-000 | | 448.00 | 99,886.53 |
| 10/06/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 103.22 | 99,783.31 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 14-32709 -HDH | Trustee Name: | James W. Cunningham, Trustee |
| --- | --- | --- | --- |
| Case Name: | ARK STAR LLC | Bank Name: | First National Bank - Vinita |
| | | Account Number / CD #: | *******1814 Checking Account |
| Taxpayer ID No: | *******7934 | | |
| For Period Ending: | 06/14/19 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/27/17 | 1 | Robert Renneker IOLTA # 2570 | Refunds - 4035 Holland | 1110-000 | 610.54 | | 100,393.85 |
| 10/30/17 | 001010 | Trustee Insurance Agency<br>2813 West Main<br>Kalamazoo, MI 49006 | Inv 9362 : 4113-4115 Holland Ave | 2420-000 | | 448.00 | 99,945.85 |
| 11/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 106.10 | 99,839.75 |
| 11/27/17 | 001011 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo, MI 49006 | Inv 9511 : 4113-4115 Holland Ave | 2420-000 | | 448.00 | 99,391.75 |
| 12/07/17 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 102.70 | 99,289.05 |
| 12/22/17 | 001012 | Trustee Insurance Agency<br>2813 West Main Street<br>Kalamazoo, MI 49006 | 2 mos insurance - 4113-4115 Holland | 2420-000 | | 896.00 | 98,393.05 |
| 01/08/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 105.51 | 98,287.54 |
| 02/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 104.46 | 98,183.08 |
| 03/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 94.17 | 98,088.91 |
| 03/28/18 | 2 | Republic Title of Texas # 10116990<br>REPUBLIC TITLE OF TEXAS # 10116990<br>DALLAS COUNTY<br>KELLER WILLIAMS<br>ALLIE BETH ALLMAN & ASSOC<br>AM SERVICING COMPANY<br>REPUBLIC TITLE OF TX<br>REPUBLIC TITLE OF TX<br>CITY OF DALLAS<br>KAREN LUTER<br>TRUSTEE INSURANCE AGENCY | Sale Proceeds<br>   Memo Amount: 620,000.00 Sale Proceeds<br>   Memo Amount: ( 2,292.31 ) 2018 Property Taxes<br>   Memo Amount: ( 18,600.00 ) Realtor Fee<br>   Memo Amount: ( 18,600.00 ) Realtor Fee<br>   Memo Amount: ( 439,477.10 ) Mortgage Lien per Agreed Order<br>   Memo Amount: ( 500.00 ) Escrow Fee<br>   Memo Amount: ( 3,760.50 ) Tilte Ins / Guaranty Charge<br>   Memo Amount: ( 397.36 ) City Lien Payoff<br>   Memo Amount: ( 280.00 ) Mowing Reimbursement<br>   Memo Amount: ( 3,238.63 ) Property Insurance | 1110-000<br>2820-000<br>3510-000<br>3510-000<br>4110-000<br>2500-000<br>2500-000<br>2500-000<br>3520-000<br>2420-000 | 132,854.10 | | 230,943.01 |
| 04/06/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 122.35 | 230,820.66 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-32709 -HDH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | ARK STAR LLC | Bank Name: | First National Bank - Vinita |
| | | Account Number / CD #: | *******1814  Checking Account |
| Taxpayer ID No: | *******7934 | | |
| For Period Ending: | 06/14/19 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 237.18 | 230,583.48 |
| 06/04/18 | 001013 | Cavazos Hendricks Poirot P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX  75202 | Atty Fees per 6/4/18 Order<br>Partial Payment | 6210-000 | | 75,000.00 | 155,583.48 |
| 06/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 244.85 | 155,338.63 |
| 07/09/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 172.49 | 155,166.14 |
| 08/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 164.78 | 155,001.36 |
| 08/10/18 | 001014 | Internal Revenue Service<br>Ogden, UT  84201 | Admn Exp per 8/8/18 Order #297<br>EIN  46-1177934<br>2017 taxes per Court Order | 2810-000 | | 9,997.00 | 145,004.36 |
| 09/10/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 160.48 | 144,843.88 |
| 09/18/18 | 001015 | Cavazos Hendricks Poirot P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX  75202 | Atty Fee Balance per 6/4/18 Order | 6210-000 | | 41,513.50 | 103,330.38 |
| 09/18/18 | 001016 | Cavazos Hendricks Poirot P.C.<br>900 Jackson, Suite 570<br>Founders Square<br>Dallas, TX  75202 | Atty Exp per 6/4/18 Order | 3220-000 | | 2,397.56 | 100,932.82 |
| 10/05/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 138.34 | 100,794.48 |
| 11/07/18 | | First National Bank - Vinita | BANK SERVICE FEE | 2600-000 | | 107.03 | 100,687.45 |
| 12/04/18 | | Transfer to Acct #*******0020 | Bank Funds Transfer | 9999-000 | | 100,687.45 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 14-32709 -HDH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | ARK STAR LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0020  Checking Account |
| Taxpayer ID No: | *******7934 | | |
| For Period Ending: | 06/14/19 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/04/18 | | Transfer from Acct #*******1814 | Bank Funds Transfer | 9999-000 | 100,687.45 | | 100,687.45 |
| 02/27/19 | 003001 | Sheldon E. Levy, CPA<br>6320 Southwest Blvd., Suite 204<br>Fort Worth, TX 76109 | Acct Fees per 2/26/19 Order | 3410-000 | | 6,858.75 | 93,828.70 |
| 02/27/19 | 003002 | Sheldon E. Levy, CPA<br>6320 Southwest Blvd., Suite 204<br>Fort Worth, TX 76109 | Acct Exp per 2/26/19 Order | 3420-000 | | 65.75 | 93,762.95 |
| 04/08/19 | 003003 | Jim Cunningham & Assoc., Inc.<br>6412 Sondra Drive<br>Dallas, TX  75214-3451 | Chapter 7 Compensation/Fees | 2100-000 | | 61,516.91 | 32,246.04 |
| 04/08/19 | 003004 | Jim Cunningham & Assoc., Inc.<br>6412 Sondra Drive<br>Dallas, TX  75214-3451 | Chapter 7 Expenses | 2200-000 | | 59.35 | 32,186.69 |
| 04/08/19 | 003005 | Michael W. Fitchette<br>3234 San Vicente Ave<br>Dallas, Texas 75228 | Claim 07, Payment 100.00000% | 5600-000 | | 2,200.00 | 29,986.69 |
| * 04/08/19 | 003006 | U.S. Bank National Assoc. as trustee<br>c/o America's Servicing Company<br>Payment Processing/ MAC #X2302-04C<br>One Home Campus<br>Des Moines, Iowa 50328 | Claim 02-U, Payment 22.00348%<br>Acct #  xxxxxx2544<br>WFCMGA1432709TXN00002544 | 7100-003 | | 26,698.58 | 3,288.11 |
| 04/08/19 | 003007 | Joyce W. Lindauer Attorney, PLLC<br>Attn: Joyce W. Lindauer<br>12720 Hillcrest Road<br>Suite 625<br>Dallas, TX 75230 | Claim 10, Payment 22.00208%<br>Attorney Fees | 7100-000 | | 107.83 | 3,180.28 |
| 04/08/19 | 003008 | Branch Banking and Trust Company<br>c/o Jones Walker LLP<br>Stephen P. Drobny, Esq.<br>201 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33161 | Claim 08, Payment 22.00350%<br>Acct # ****** 7670 | 7100-900 | | 3,180.28 | 0.00 |
| * 04/23/19 | 003006 | U.S. Bank National Assoc. as trustee<br>c/o America's Servicing Company<br>Payment Processing/ MAC #X2302-04C<br>One Home Campus<br>Des Moines, Iowa 50328 | Claim 02-U, Payment 22.00348% | 7100-003 | | -26,698.58 | 26,698.58 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 14-32709 -HDH | Trustee Name: | James W. Cunningham, Trustee |
|---|---|---|---|
| Case Name: | ARK STAR LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0020 Checking Account |
| Taxpayer ID No: | *******7934 | | |
| For Period Ending: | 06/14/19 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/23/19 | 003009 | U.S. Bank National Assoc. as trustee<br>c/o America's Servicing Company<br>Payment Processing/ MAC #X2302-04C<br>One Home Campus<br>Des Moines, Iowa 50328 | Claim 02-U, Payment 22.00348%<br>Acct # xxxxxx2544<br>WFCMGA1432709TXN00002544 | 7100-000 | | 26,698.58 | 0.00 |

**Total Of All Accounts** 0.00